G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
HOPE RIOS



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE RIOS, | Case No. 1:11-cv-02153-AWI-BAM |
| Plaintiff, | VOLUNTARY DISMISSAL |
| vs. | |
| DELANORE, KEMPER & ASSOCIATES, LLC; et al. | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, HOPE RIOS (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

DATED: April 11, 2012

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

It is so Ordered. Dated: 5-29-12

United States District Judge

VOLUNTARY DISMISSAL

- 1 -